803 A.2d 1157

IN THE MATTER OF ADAM K. SHALOV,
AN ATTORNEY AT LAW.

August 16, 2002.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11, recommending that **ADAM K. SHALOV** of **RED BANK,** who was admitted to the bar of this State in 1988, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **ADAM K. SHALOV** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, presently existing in any New Jersey financial institution pursuant to *Rule* 1:21–6, shall be restrained from disbursement and shall be transferred to the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **ADAM K. SHALOV** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.